IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 21 2009

JAMES W. McCORMACK, CLERK
.By:_____ DEP CLERK

Demetrius Curtis
_____
_____
(Enter above the full name of the plaintiff(s) in this action.)

V.

CASE NO. 4:09CJ00519 BSM

Cheif Stewart
Little Rock Police Dept.
_____
(Enter above the full name of the defendant(s) in this action.)

1. Previous Lawsuits
   a) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes _____    No ✓

   b) If your answer to "a" is "Yes", describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this lawsuit

         Plaintiffs: _____

         This case assigned to District Judge Miller
         and to Magistrate Judge Jones

         Defendants: _____

         _____

      2. Court (if federal court, name the district; if state, name the county): _____

         _____

      3. Docket Number: _____

2

4) Name of judge to whom case was assigned: _____

5) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

6) Approximate date of filing lawsuit: _____

7) Approximate date of disposition: _____

II. Place of Present Confinement: _____

III. There is a prisoner grievance procedure in the Arkansas Department of Corrections. **Failure to complete the grievance procedure may affect your case in federal court.**

    a) Did you present the facts relating to your complaint in the state prisoner grievance procedure?

    Yes _____ No ✓

    b) If your answer is "yes", attached copies evidencing completion of the final step of the grievance appeal procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

    c) If your answer is "no", explain why not: _____

IV. Parties

(In item "a" below, place your name in the first blank and place your present address in the second blank.

    a) Name of Plaintiff: Demetrius Curtis
    Address: P.O. Box 600
    Grady, Ark. 71644-0600

    Name of Plaintiff: _____

3

Address: _____

(In item "b" below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

b) Defendant: Chief Stewart

Position: Chief of Little Police Dept.

Place of Employment: LRPD

Address: 601 W. Markham LR Ark.

Defendant: Little Rock Police Dept.

Position: _____

Place of Employment: _____

Address: 601 W. Markham St. LR, Ark 72201

Defendant: Officer Temple

Position: LITTLE Rock Police Dept.

Place of Employment: Little Rock Police Dept.

Address: 601 W. Markham St. LR Ark 72201

Defendant: Officer Johanna

Position: Police Officer

Place of Employment: LRPD

Address: 601 W. Markham St. LR, Ark 72201

4

V. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was attack by Officer Temple and Officer Joanna of the LRPD and there was a video of the Incident that LRPD will not release a copy of it nor the IA investigation of the complaint that

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To obtain the IA files and to awarded me a substain amount for pain and suffering and for my rights being violated

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 10 day of July, 20 09.

Demetrius Curtis

Signature(s) of Plaintiff(s)

5

that was filed on April 11, 2008 for Ecessive force and violation of my Civil Right. Now LRPD is saying that they dont have the video IA files on the charges. The Inddent happen on Apr. 10 at 12th St. and Woodrow St. They Prolong the investgation for a year so I couldnt file Legal proceding agaisnt so Now I'm trying to files.