## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DEMETRIUS CURTIS**                                                      **PLAINTIFF**

**v.**                                         **4:09CV00519 BSM**

**STEWART, Little Rock Police Chief;**
**LITTLE ROCK POLICE DEPARTMENT;**
**TEMPLE, Little Rock Police Officer; and**
**JOHANNA, Little Rock Police Officer**                                   **DEFENDANTS**

### ORDER

Plaintiff Demetrius Curtis's request for a subpoena is denied. Curtis seeks all records dealing with this case, including a video of the alleged April 10, 2008 incident, the Internal Affairs investigation, and all video and audio. In making this request, Curtis is essentially seeking discovery. Defendants, however, have not yet been served, and thus, initial disclosures have not been made under Federal Rule of Civil Procedure 26(a)(1). Furthermore, Curtis has not properly served defendants with discovery requests pursuant to the Federal Rules of Civil Procedure and has not complied with Local Rule 7.2 in making this motion. Therefore, the motion is premature and is denied.

Accordingly, plaintiff's motion to compel (Doc. No. 2) is denied.

IT IS SO ORDERED this 25th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE