IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEMETRIUS CURTIS**                                                      **PLAINTIFF**

v.                      **CASE NO. 4:09CV00519 BSM**

**STEWART, et al**                                                   **DEFENDANTS**

## ORDER

Defendants in this pro se 42 U.S.C. § 1983 action have filed an answer providing their full and correct names (Doc. #28). The clerk shall amend the docket sheet to reflect that defendant Temple is "Erick Temple"; and defendant Johanna is "Christopher Johannes."

IT IS SO ORDERED this 15th day of January, 2010.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE