IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEMETRIUS CURTIS                                              PLAINTIFF

v.                              4:09CV00519BSM/JTK

CHIEF STEWART, et al.                                        DEFENDANTS

ORDER

On April 22, 2010, and April 23, 2010, copies of documents mailed to plaintiff at his last-known address, were returned to sender (Doc. Nos. 49, 50).

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although plaintiff has apparently changed his address, this Order will be sent to his last-known address. In addition, the Court notes that although counsel was appointed to represent plaintiff on April 23, 2010, plaintiff must still respond to this Order to indicate his willingness to continue with the prosecution of this action. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall notify this Court of his current address and his intent to continue prosecution with this action, pro se, within thirty days of the date of this Order. Failure to comply with this Order shall result in the dismissal without prejudice of plaintiff's complaint.

1

IT IS SO ORDERED this 30th  day of April, 2010.

_____
United States Magistrate Judge