IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEMETRIUS CURTIS**                                         **PLAINTIFF**

v.                         No. 4:09-cv-519-DPM

**STEWART, Chief, Little Rock Police
Department; LITTLE ROCK POLICE
DEPARTMENT; ERICK TEMPLE, Officer
Little Rock Police Department; and
CHRISTOPHER JOHANNES, Officer,
Little Rock Police Department**                      **DEFENDANTS**

## JUDGMENT

Curtis's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2012